IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:25-cv-914

ROGER D. CHINAULT,

        Plaintiff,

vs.

ZENGRC, INC.,

        Defendant.

**NOTICE OF REMOVAL**

Defendant ZenGRC, Inc. ("Defendant") hereby files this Notice of Removal to remove the captioned action from the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. This action is being removed to federal court based on federal question jurisdiction and supplemental jurisdiction (to the extent Plaintiff purports to allege state law claims).

In support of this Notice of Removal, Defendant respectfully shows as follows:

1. This action is being removed to federal court based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 in that the action arises under the laws of the United States, specifically the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA") as evidenced by the face of Plaintiff's Complaint.

2. On September 11, 2025, Plaintiff filed a civil action against Defendant in the General Court of Justice, Civil Superior Court Division for Mecklenburg County, North

Carolina, entitled *Roger D. Chinault v. ZenGRC, Inc.*, case number 25CV047683-590 ("State Action").

3. On September 12, 2025, Plaintiff issued a Civil Summons as to Defendant to be served with the Complaint.

4. Defendant was served with the State Action Summons and Complaint on October 20, 2025.

5. True and accurate copies of the State Action Complaint, Issued Summons, Civil Action Cover Sheet, and Proof of Service of the State Action Summons and Complaint are attached hereto as **Exhibits A, B, C, and D,** respectively, pursuant to 28 U.S.C. § 1446(a), and are incorporated by reference.

6. No further proceedings have occurred in the State Action. Defendant has not served any answer or other responsive pleading to the Summons and Complaint, nor made any appearance, argument, or request for relief before the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina.

7. This Notice of Removal is timely filed within thirty (30) days of service of the Summons and Complaint on the Defendant, pursuant to 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action based on federal question jurisdiction in that this action purportedly arises under the laws of the United States, namely Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA").

9. To the extent that Plaintiff purports to assert claims other than federal claims against the Defendant, the Defendant contends that the exercise of supplemental jurisdiction would be appropriate over those claims pursuant to 28 U.S.C. § 1367 as any such claims are inherently related and intertwined with Plaintiff's federal claims, forming the same case or controversy.

10. The United States District Court for the Western District of North Carolina embraces the district in which the State Action is now pending (Mecklenburg County).

11. Defendant therefore files this Notice of Removal of the State Action from the Superior Court in which it is now pending to the United States District Court for the Western District of North Carolina.

12. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being served on Plaintiff's counsel, and Defendant is promptly causing a copy of this Notice of Removal to be filed with the Clerk of the Superior Court for Mecklenburg County, North Carolina, as shown by the Notice attached hereto as **Exhibit E.**

13. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has claims upon which relief can be granted or those related to service or process.

**WHEREFORE**, Defendant prays that this action be removed from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina.

Respectfully submitted, this the 18th day of November, 2025.

                        **JACKSON LEWIS P.C**.

        *BY:*   */s/ Jason V. Federmack*
               JASON V. FEDERMACK
               N.C. State Bar No. 46014
               3737 Glenwood Avenue, Suite 450
               Raleigh, NC 27612
               Telephone: (919) 760-6460
               Facsimile: (919) 760-6461
               Email: Jason.federmack@jacksonlewis.com
               *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:25-cv-914

| | |
|---|---|
| ROGER D. CHINAULT,<br><br>　　　　Plaintiff,<br>vs.<br><br>ZENGRC, INC.,<br><br>　　　　Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on November 18, 2025, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, and was served on the parties by U.S. mail and a courtesy copy sent via email, addressed as follows:

Bert J. Miano<br>
Miano Law PC<br>
301 South McDowell Street<br>
Suite 125 - #1352<br>
Charlotte, NC 28204<br>
bmiano@mianolaw.com<br>
*Attorney for Plaintiff*

**JACKSON LEWIS P.C**.

BY:　/s/ *Jason V. Federmack*
　　　JASON V. FEDERMACK
　　　N.C. State Bar No. 46014
　　　3737 Glenwood Avenue, Suite 450
　　　Raleigh, NC 27612
　　　Telephone: (919) 760-6460
　　　Facsimile: (919) 760-6461
　　　Email: Jason.federmack@jacksonlewis.com
　　　*Attorney for Defendant*